MENDOZA, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Frances Mendoza against the Metropolitan Street Railway Company. B. M. Ames, for appellant. J. H. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs.

MERSEREAU, Appellant, v. CAMP, Respondent. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Frederick W. Mersereau against Diana Camp, as executrix, etc. No opinion. Judgment 86 N. Y. Supp. 568, unanimously affirmed, with costs.

MEYER v. MEYER et al. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by Douglass W. Meyer against Isaac Meyer and another. No opinion. Motion for reargument denied, with $10 costs.

MILLER, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Flora A. Miller, as administratrix, against the Lehigh Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MILLER, Appellant, v. NEW YORK & N. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by Elizabeth D. Miller against the New York & North Shore Railway Company. No opinion. Judgment affirmed, with costs.

MILLER v. QUINCY. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Theodore S. Miller against Josiah Quincy. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Does the amended complaint state facts sufficient to constitute a cause of action?

MILNER, Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by James S. Milner against Peter Herter. No opinion. Judgment of the Municipal Court affirmed, with costs.

MINNEAPOLIS TRUST CO., Appellant, v. MATHER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by the Minneapolis Trust Company against Helen Mather. No opinion. Motion for reargument denied, with $10 costs and disbursements.

MINSHULL, Respondent, v. WASHBURN, Appellant, et al. (two cases). (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Actions by Sarah E. Minshull and by William J. Minshull against Thomas J. Washburn and Frederick A. Jewett. No opinion. Motions denied.

MOFFAT, Respondent, v. MOLONEY BROS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by Fraser M. Moffat against the Moloney Bros. Company. No opinion. Order affirmed, with $10 costs and disbursements.

MONROE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Orlando Monroe against the Metropolitan Street Railway Company. O. F. Brown, for appellant. F. Hulse, for respondent. No opinion. Judgment and order affirmed, with costs.

MOORE, Respondent, v. FULLER, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Delia Moore against George H. Fuller. No opinion. Judgment affirmed, with costs.

In re MORRIS ST. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) In the matter of laying out and opening Morris street, in the city of Yonkers. PER CURIAM. Motion to dismiss appeal denied. It is evident that the delay in perfecting the appeal in this matter has been due to a misunderstanding as to the proper method of preparing the appeal papers. There is no necessity of any settlement of a case either before the court or referee. The appeal book should consist simply of the papers which are recited in the order appealed from, including, of course, the testimony which was taken before the referee.

MOSEMAN, Respondent. v. MOSEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Lulu E. Moseman, an infant, by John H. Miner, her guardian ad litem, against Merritt W. Moseman. No opinion. Order affirmed, with $10 costs and disbursements.

MULLIGAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Matthew Mulligan against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.

MURPHY, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Elizabeth Murphy, by guardian, against Mary Ryan. T. C. O'Sullivan, for appellant. O. C. Sommerich, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. VAN BRUNT, P. J., and INGRAHAM, J., dissent.

MUTUAL LOAN ASS'N v. LESSER et al. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by the Mutual Loan Association against Joseph S. Lesser and another. No opinion. Motion denied.